**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Joel E. Martinez Rodriguez,

Plaintiff

v.

Las Vegas Metropolitan Police Department,

Defendant

Case No.: 2:26-cv-02979-JAD-EJY

**Order Dismissing Case**

[ECF No. 3]

Plaintiff Joel E. Martinez Rodriguez brings this civil-rights lawsuit against the Las Vegas Metropolitan Police Department for conduct that he alleges occurred during an April 15, 2025, booking at the Clark County Detention Center. Metro filed a motion to dismiss this case for failure to state a plausible legal claim on September 21, 2026,[1] and Rodriguez was advised that any opposition to that motion was due by October 7, 2026.[2] That deadline passed without any response, leaving the motion to dismiss unopposed.

This court's Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem the plaintiff's failure to respond to the motion to dismiss as consent to granting it. IT IS THEREFORE ORDERED that **the defendant's motion to dismiss [ECF No. 3] is GRANTED.** This case is dismissed for the reasons stated in the unopposed motion to dismiss, and the Clerk of Court is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: October 16, 2026

[1] ECF No. 3.

[2] ECF No. 4.